IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOUGLAS LANGSTON, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-15-0882 |
| PREMIER DIRECTIONAL DRILLING, L.P. and E-EMPLOYERS SOLUTIONS, INC., | § § § § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

In accordance with the court's Memorandum of today, this action is **DISMISSED without prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 5th day of October, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE